# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00134-MR

| | |
|---|---|
| JOHNNIE D. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| JUSTIN BRIEN HARROLD, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

On January 25, 2023, Plaintiff's Complaint brought pursuant to 42 U.S.C. § 1983 passed initial review in accordance with the Court's Order. [Doc. 13]. The same day, the Clerk mailed Plaintiff a Notice advising him that the North Carolina Prisoner Legal Services (NCPLS) may be available to assist him in conducting discovery in this matter. [Doc. 14; 1/25/2023 Docket Entry (Court Only)]. Plaintiff was directed to notify the Court whether he accepts or rejects discovery assistance by the NCPLS by completing an Opt-In/Opt-Out form indicating within 21 days. [Doc. 14 at 3]. Defendants have now answered Plaintiff's Complaint [Doc. 25], but Plaintiff has not

submitted his completed Opt-In/Opt-Out form. The Court, therefore, will allow Plaintiff one more opportunity to accept or reject NCPLS assistance that may be available to him in this case. Plaintiff failure to timely submit the form will be construed as a rejection of these services. The Court will direct the Clerk to mail Plaintiff another copy of the Opt-In/Opt-Out form.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff shall submit the Opt-In/Opt-Out form as directed therein within 21 days of this Order.

The Clerk is instructed to mail Plaintiff an Opt-In/Opt-Out form pursuant to Standing Order 3:19-mc-00060-FDW.

**IT IS SO ORDERED**.

Signed: May 29, 2023

Martin Reidinger
Chief United States District Judge

2

Case 5:22-cv-00134-MR   Document 26   Filed 05/30/23   Page 2 of 2